LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>        Plaintiff,<br><br>        vs.<br><br>CHELSEA FINANCING<br>PARTNERSHIP, LP, et al,<br><br>        Defendants. | No. CIV.S-05-1935 MCE GGH<br><br>REQUEST FOR DISMISSAL<br>AND ORDER THEREON |

TO THE COURT AND ALL PARTIES:

Plaintiff, GARY PALMER, requests the Court dismiss the above entitled action, without prejudice, as to GLASSWARE HOUSE, INC. dba GLASSWARE HOUSE only.

///

///

///

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant GLASSWARE HOUSE, INC. dba GLASSWARE HOUSE.

Dated: October 26, 2005        LAW OFFICES OF LYNN HUBBARD

   /s/ Lynn Hubbard, Esquire        /
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED

Dated: November 2, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE