1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   GREG L. JOHNSON  132397
2  CHRISTOPHER RODRIGUEZ  212274
   400 Capitol Mall, Suite 1700
3  Sacramento, CA  95814-4419
   Telephone:  (916) 329-4700
4  Facsimile:  (916) 441-3583

5  Attorneys for Defendant
   BEAR CREEK STORES, INC. dba
6  HARRY AND DAVID

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12  GARY PALMER,                       )  Case No. CIV.S-05-1935 MCE GGH
                                       )
13                  Plaintiff,         )  **STIPULATION AND ORDER FOR**
                                       )  **EXTENSION OF TIME TO FILE**
14        vs.                          )  **RESPONSIVE PLEADING**
                                       )
15  CHELSEA FINANCING PARTNERSHIP,     )
    LP; AEROGROUP RETAIL HOLDINGS,     )  Complaint Filed:  September 23, 2005
16  INC. dba AEROSOLES #817; PACIFIC   )
    BRANDS RETAIL GROUP I, INC. dba    )  Judge: Morrison C. England, Jr.
17  BALBOA BEACH COMPANY; BEBE         )
    STORES, INC. dba BEBE STORE #719;  )
18  BIG DOG USA, INC. dba BIG DOG      )
    SPORTSWEAR #209; RETAIL BRAND      )
19  ALLIANCE, INC. dba BROOKS          )
    BROTHERS; SKETCHER USA, INC. dba   )
20  SKETCHER'S USA #1215; THE WILLIAM  )
    CARTER COMPANY dba CARTER'S        )
21  CHILDRENWEAR #659; RETAIL BRAND    )
    ALLIANCE, INC. dba CASUAL CORNER   )
22  AND PETITE SOPHISTICATE OUTLET;    )
    CLAIRE'S BOUTIQUES, INC. dba       )
23  CLAIRE'S BOUTIQUES; THE DRESS      )
    BARN, INC. dba DRESSBARN #2860;    )
24  EDDIE BAUER, INC. dba EDDIE BAUER; )
    BROWN GROUP RETAIL, INC. dba       )
25  FACTORY BRAND SHOES; LCUT          )
    RETAIL STORES dba FABERWARE;       )
26  FOSSIL STORES I, INC. dba FOSSIL   )
    STORE; PHILLIPS-VAN HEUSEN         )
27                                     )
                                       )
28

- 1 -

```
 1   CORPORATION dba GEOFFREY BEENE   )
     #18; GAP (TEXAS) L.P. dba GAP; KIM )
 2   DONGMOON dba GILCHRIST GALLERY; )
     GLASSWARE HOUSE, INC. dba          )
 3   GLASSWARE HOUSE; BEAR CREEK       )
     STORES, INC. dba HARRY AND DAVID; )
 4   THE IZOD CORPORATION dba IZOD    )
     #727; K B TOY OF CALIFORNIA, INC. dba)
 5   K B TOY LIQUIDATORS #4280; JONES  )
     RETAIL CORP. dba KASPER; THE       )
 6   KITCHEN COLLECTION dba KITCHEN   )
     COLLECTION FACTORY OUTLET; COLE)
 7   SPC, LLC dba KENNETH COLE;         )
     SARAMAR, LLC dba L'EGGS HANES     )
 8   BALI PLAYTEX #126; HOUSEWARES    )
     STORES OF CALIFORNIA, INC. dba LE )
 9   GOURMET CHEF; HUB DISTRIBUTING, )
     INC. dba LEVIS OUTLET BY MOST; TOO,)
10   INC. dba LIMITED TOO; LITTLE ME    )
     RETAIL STORES OF CAMARILLO,        )
11   CALIFORNIA LLC dba LITTLE ME; L.C. )
     FOOTWEAR, LLC dba LIZ CLAIBORNE; )
12   MOTHERS WORK, INC. dba             )
     MOTHERHOOD MATERNITY #1652;       )
13   BROWN GROUP RETAIL, INC. dba       )
     NATURALIZER SHOES; NAUTICA         )
14   RETAIL USA, INC. dba NAUTICA; NIKE )
     RETAIL SERVICES, INC. dba NIKE      )
15   FACTORY OUTLET; NINE WEST         )
     GROUP, INC. dba NINE WEST OUTLET )
16   STORE #2516; OSHKOSH B' GOSH      )
     RETAIL, INC. dba OSHKOSH B' GOSH   )
17   #135; PACIFIC SUNWEAR STORES,     )
     CORP. dba PACIFIC SUNWEAR;         )
18   MAGIFQUE PERFUME AND              )
     COSMETICS, INC. dba PERFUMANIA;   )
19   PUMA NORTH AMERICA, INC. dba     )
     PUMA; ROCKY MOUNTAIN              )
20   CHOCOLATE FACTORY, INC. dba       )
     ROCKY MOUNTAIN CHOCOLATE         )
21   FACTORY; RUE21, INC. dba RUE 21;   )
     SCCA, LLC dba SAKS OFF FIFTH       )
22   AVENUE; SAMSONITE COMPANY         )
     STORES, INC. dba SAMSONITE         )
23   COMPANY STORE; SARAMAR, LLC dba )
     SOCKS GALORE & MORE #85; D.S.A.   )
24   ENTERPRISES, INC. dba SPORTS FEVER;)
     STRIDE RITE CHILDREN'S GROUP, INC. )
25   dba STRIDE RITE OUTLET #6035;      )
     STYLES FOR LESS, INC. dba STYLES    )
26   FOR LESS; SUNGLASS HUT TRADING   )
     CORPORATION dba SUNGLASS HUT     )
27   #2963; THE BOMBAY COMPANY #176;  )
     JOCKEY INTERNATIONAL GLOBAL,     )
28   INC. dba THE JOCKEY STORE; PA      )
```

| | |
|---|---|
| 1 | ACQUISITION CORP. dba THE PAPER ) |
|   | OUTLET; TOMMY HILLFIGER RETAIL, ) |
| 2 | LLC dba TOMMY HILLFIGER; TOTES ) |
|   | ISOTONER CORPORATION dba TOTES ) |
| 3 | FACTORY WORLD; ULTRA STORES, ) |
|   | INC. dba ULTRA DIAMOND OUTLET; ) |
| 4 | PHILLIPS-VAN HEUSEN CORPORATION ) |
|   | dba VAN HEUSEN #235; VANS, INC. dba ) |
| 5 | VANS, INC.; VITAMIN WORLD, INC. dba ) |
|   | VITAMIN WORLD INC. #4912; ) |
| 6 | WATERFORD WEDGWOOD USA, INC. ) |
|   | dba WATERFORD WEDGWOOD; ) |
| 7 | WELCOME HOME, INC. dba WELCOME ) |
|   | HOME; ROSEDALE WILSONS, INC. dba ) |
| 8 | WILSON'S LEATHER; ZUMIEZ, INC. dba ) |
|   | ZUMIEZ #243; PVH CK STORES, INC. dba ) |
| 9 | CALVIN KLEIN; HUSH PUPPIES RETAIL,) |
|   | INC. dba HUSH PUPPIES & FAMILY #614;) |
| 10 | GUESS? RETAIL, INC. dba GUESS; ) |
|    | JONES RETAIL CORP. dba EASY SPIRIT; ) |
| 11 | ZALE DELAWARE, INC. dba ZALES; D.G.) |
|    | SMITH ENTERPRISES, INC. dba TACO ) |
| 12 | BELL; DAYJOYCE ENTERPRISES, INC. ) |
|    | dba MRS. FIELDS; DAYJOYCE ) |
| 13 | ENTERPRISES INC. dba PRETZEL TIME; ) |
|    | DAYJOYCE ENTERPRISES INC. dba ) |
| 14 | TCBY, ) |
|    | ) |
| 15 | Defendants. ) |
|    | ) |

Defendant BEAR CREEK STORES, INC. dba HARRY AND DAVID ("Defendant") and Plaintiff GARY PALMER ("Plaintiff") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint in the above-captioned matter in the United States District Court in and for the Eastern District of California on September 23 , 2005 (the "Complaint"); and

WHEREAS, Plaintiff served the Complaint upon Defendant on October 13, 2005; and

WHEREAS, Plaintiff granted all defendants listed in the caption above an initial extension of time, until November 30, 2005, to file responsive pleadings; and

WHEREAS, Defendant's responsive pleading is currently due on November 30, 2005; and

1  WHEREAS, the Parties are currently negotiating to determine whether they may be
2  able to resolve this matter without the need for further litigation;
3  NOW THEREFORE, THE PARTIES HEREBY STIPULATE as follows:
4  1.  Plaintiff agrees to extend the time for Defendant to file a responsive pleading
5  to the Complaint until December 30, 2005; and
6  2.  Defendant agrees that, notwithstanding the agreed-upon extension of time to
7  file a responsive pleading, it will participate in the preparation and filing of the Joint Status
8  Report, which Defendant is informed and believes is due to be filed with the Court on
9  December 7, 2005.

10 Dated:  November 29, 2005    LYNN HUBBARD, III
                                SCOTTLYNN J. HUBBARD, IV
11                              LAW OFFICES OF LYNN HUBBARD
                                12 Williamsburg Lane
12                              Chico, CA  95926

13                              By:  _____/s/ Lynn Hubbard, Esquire_____
                                        (as authorized November 29, 2005)
14                                              Lynn Hubbard
                                Attorney for Plaintiff GARY PALMER
15
   Dated:  November 29, 2005    PILLSBURY WINTHROP SHAW PITTMAN LLP
16                              GREG L. JOHNSON
                                CHRISTOPHER RODRIGUEZ
17                              400 Capitol Mall, Suite 1700
                                Sacramento, CA  95814-4419
18
                                By:  _____/s/ Greg L. Johnson_____
19                                         Greg L. Johnson
                                Attorneys for Defendant
20                              BEAR CREEK STORES, INC. dba
                                HARRY AND DAVID
21
   APPROVED AS STATED.
22
   Dated: December 1, 2005
23
                                _____
24                              MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE
25

26

27

28

- 4 -