| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | GREG L. JOHNSON  132397 |
| 2 | CHRISTOPHER RODRIGUEZ  212274 |
|  | 400 Capitol Mall, Suite 1700 |
| 3 | Sacramento, CA  95814-4419 |
|  | Telephone:  (916) 329-4700 |
| 4 | Facsimile:  (916) 441-3583 |

Attorneys for Defendants
PHILLIPS-VAN HEUSEN CORPORATION
dba GEOFFREY BEENE #18;
PHILLIPS-VAN HEUSEN CORPORATION
dba VAN HEUSEN #235;
PVH CK STORES, INC. dba CALVIN KLEIN;
THE IZOD CORPORATION dba IZOD #727

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GARY PALMER, | Case No. CIV.S-05-1935 MCE GGH |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| vs. | |
| CHELSEA FINANCING PARTNERSHIP, LP; AEROGROUP RETAIL HOLDINGS, INC. dba AEROSOLES #817; PACIFIC BRANDS RETAIL GROUP I, INC. dba BALBOA BEACH COMPANY; BEBE STORES, INC. dba BEBE STORE #719; BIG DOG USA, INC. dba BIG DOG SPORTSWEAR #209; RETAIL BRAND ALLIANCE, INC. dba BROOKS BROTHERS; SKETCHER USA, INC. dba SKETCHER'S USA #1215; THE WILLIAM CARTER COMPANY dba CARTER'S CHILDRENWEAR #659; RETAIL BRAND ALLIANCE, INC. dba CASUAL CORNER AND PETITE SOPHISTICATE OUTLET; CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES; THE DRESS BARN, INC. dba DRESSBARN #2860; EDDIE BAUER, INC. dba EDDIE BAUER; BROWN GROUP RETAIL, INC. dba FACTORY BRAND SHOES; LCUT RETAIL STORES dba FABERWARE; FOSSIL STORES I, INC. dba FOSSIL STORE; PHILLIPS-VAN HEUSEN | Complaint Filed:  September 23, 2005<br><br>Judge: Morrison C. England, Jr. |

- 1 -

Case 2:05-cv-01935-MCE-GGH   Document 116   Filed 12/01/05   Page 2 of 4

1  CORPORATION dba GEOFFREY BEENE )
   #18; GAP (TEXAS) L.P. dba GAP; KIM )
2  DONGMOON dba GILCHRIST GALLERY; )
   GLASSWARE HOUSE, INC. dba )
3  GLASSWARE HOUSE; BEAR CREEK )
   STORES, INC. dba HARRY AND DAVID; )
4  THE IZOD CORPORATION dba IZOD )
   #727; K B TOY OF CALIFORNIA, INC. dba)
5  K B TOY LIQUIDATORS #4280; JONES )
   RETAIL CORP. dba KASPER; THE )
6  KITCHEN COLLECTION dba KITCHEN )
   COLLECTION FACTORY OUTLET; COLE)
7  SPC, LLC dba KENNETH COLE; )
   SARAMAR, LLC dba L'EGGS HANES )
8  BALI PLAYTEX #126; HOUSEWARES )
   STORES OF CALIFORNIA, INC. dba LE )
9  GOURMET CHEF; HUB DISTRIBUTING, )
   INC. dba LEVIS OUTLET BY MOST; TOO,)
10 INC. dba LIMITED TOO; LITTLE ME )
   RETAIL STORES OF CAMARILLO, )
11 CALIFORNIA LLC dba LITTLE ME; L.C. )
   FOOTWEAR, LLC dba LIZ CLAIBORNE; )
12 MOTHERS WORK, INC. dba )
   MOTHERHOOD MATERNITY #1652; )
13 BROWN GROUP RETAIL, INC. dba )
   NATURALIZER SHOES; NAUTICA )
14 RETAIL USA, INC. dba NAUTICA; NIKE )
   RETAIL SERVICES, INC. dba NIKE )
15 FACTORY OUTLET; NINE WEST )
   GROUP, INC. dba NINE WEST OUTLET )
16 STORE #2516; OSHKOSH B' GOSH )
   RETAIL, INC. dba OSHKOSH B' GOSH )
17 #135; PACIFIC SUNWEAR STORES, )
   CORP. dba PACIFIC SUNWEAR; )
18 MAGIFQUE PERFUME AND )
   COSMETICS, INC. dba PERFUMANIA; )
19 PUMA NORTH AMERICA, INC. dba )
   PUMA; ROCKY MOUNTAIN )
20 CHOCOLATE FACTORY, INC. dba )
   ROCKY MOUNTAIN CHOCOLATE )
21 FACTORY; RUE21, INC. dba RUE 21; )
   SCCA, LLC dba SAKS OFF FIFTH )
22 AVENUE; SAMSONITE COMPANY )
   STORES, INC. dba SAMSONITE )
23 COMPANY STORE; SARAMAR, LLC dba )
   SOCKS GALORE & MORE #85; D.S.A. )
24 ENTERPRISES, INC. dba SPORTS FEVER; )
   STRIDE RITE CHILDREN'S GROUP, INC. )
25 dba STRIDE RITE OUTLET #6035; )
   STYLES FOR LESS, INC. dba STYLES )
26 FOR LESS; SUNGLASS HUT TRADING )
   CORPORATION dba SUNGLASS HUT )
27 #2963; THE BOMBAY COMPANY #176; )
   JOCKEY INTERNATIONAL GLOBAL, )
28 INC. dba THE JOCKEY STORE; PA )

- 2 -

| | |
|---|---|
| 1 | ACQUISITION CORP. dba THE PAPER   ) |
| | OUTLET; TOMMY HILLFIGER RETAIL, ) |
| 2 | LLC dba TOMMY HILLFIGER; TOTES   ) |
| | ISOTONER CORPORATION dba TOTES  ) |
| 3 | FACTORY WORLD; ULTRA STORES,    ) |
| | INC. dba ULTRA DIAMOND OUTLET;   ) |
| 4 | PHILLIPS-VAN HEUSEN CORPORATION ) |
| | dba VAN HEUSEN #235; VANS, INC. dba ) |
| 5 | VANS, INC.; VITAMIN WORLD, INC. dba ) |
| | VITAMIN WORLD INC. #4912;        ) |
| 6 | WATERFORD WEDGWOOD USA, INC.    ) |
| | dba WATERFORD WEDGWOOD;         ) |
| 7 | WELCOME HOME, INC. dba WELCOME  ) |
| | HOME; ROSEDALE WILSONS, INC. dba ) |
| 8 | WILSON'S LEATHER; ZUMIEZ, INC. dba ) |
| | ZUMIEZ #243; PVH CK STORES, INC. dba ) |
| 9 | CALVIN KLEIN; HUSH PUPPIES RETAIL,) |
| | INC. dba HUSH PUPPIES & FAMILY #614;) |
| 10 | GUESS? RETAIL, INC. dba GUESS;   ) |
| | JONES RETAIL CORP. dba EASY SPIRIT; ) |
| 11 | ZALE DELAWARE, INC. dba ZALES; D.G.) |
| | SMITH ENTERPRISES, INC. dba TACO ) |
| 12 | BELL; DAYJOYCE ENTERPRISES, INC. ) |
| | dba MRS. FIELDS; DAYJOYCE        ) |
| 13 | ENTERPRISES INC. dba PRETZEL TIME; ) |
| | DAYJOYCE ENTERPRISES INC. dba    ) |
| 14 | TCBY,                            ) |
| 15 |                    Defendants.   ) |

17    Defendants PHILLIPS-VAN HEUSEN CORPORATION dba GEOFFREY BEENE

18 #18, PHILLIPS-VAN HEUSEN CORPORATION dba VAN HEUSEN #235, PVH CK

19 STORES, INC. dba CALVIN KLEIN, and THE IZOD CORPORATION dba IZOD #727

20 (collectively, "Defendants") and Plaintiff GARY PALMER ("Plaintiff") (collectively, the

21 "Parties") hereby stipulate and agree as follows:

22    WHEREAS, Plaintiff filed a Complaint in the above-captioned matter in the United

23 States District Court in and for the Eastern District of California on September 23, 2005

24 (the "Complaint"); and

25    WHEREAS, Plaintiff served the Complaint upon Defendants on October 13, 2005; and

26    WHEREAS, Plaintiff granted all defendants listed in the caption above an initial

27 extension of time, until November 30, 2005, to file responsive pleadings;

28 ///

1  and WHEREAS, Defendants' responsive pleading is currently due on November 30, 2005;

2  and WHEREAS, the Parties are currently negotiating to determine whether they may be

3  able to resolve this matter without the need for further litigation;

4      NOW THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

5      1.  Plaintiff agrees to extend the time for Defendants to file responsive

6  pleadings to the Complaint until December 30, 2005; and

7      2.  Defendants agree that, notwithstanding the agreed-upon extension of time to

8  file a responsive pleading, they will participate in the preparation and filing of the Joint

9  Status Report, which Defendants are informed and believe is due to be filed with the Court

10  on December 7, 2005.

11  Dated:  November 29, 2005    LYNN HUBBARD, III
                                 SCOTTLYNN J. HUBBARD, IV
12                               LAW OFFICES OF LYNN HUBBARD
                                 12 Williamsburg Lane
13                               Chico, CA  95926

14                               By: _____/s/ Lynn Hubbard, Esquire_____
                                       (as authorized on November 29, 2005)
15                                     Lynn Hubbard
                                 Attorney for Plaintiff GARY PALMER
16
    Dated:  November 29, 2005    PILLSBURY WINTHROP SHAW PITTMAN LLP
17                               GREG L. JOHNSON
                                 CHRISTOPHER RODRIGUEZ
18                               400 Capitol Mall, Suite 1700
                                 Sacramento, CA  95814-4419
19
                                 By: _____/s/ Greg L. Johnson_____
20                                     Greg L. Johnson
                                 Attorneys for Defendants
21                               PHILLIPS-VAN HEUSEN CORPORATION dba
                                 GEOFFREY BEENE #18; PHILLIPS-VAN HEUSEN
22                               CORPORATION dba VAN HEUSEN #235; PVH CK
                                 STORES, INC. dba CALVIN KLEIN; THE IZOD
23                               CORPORATION dba IZOD #727

24  APPROVED AS STATED.

25  Dated: December 1, 2005

26                               _____
                                 MORRISON C. ENGLAND, JR
27                               UNITED STATES DISTRICT JUDGE

28