BUCHALTER NEMER
A Professional Corporation
PAUL L. BRESSAN (SBN: 128805)
LAURA WORSINGER (SBN: 51859)
WILLIAM M. MILLER (SBN: 216289)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendants
NAUTICA RETAIL USA, INC., BIG DOG USA, INC., SKECHERS USA, INC., RETAIL BRAND ALLIANCE, INC. (DBA CASUAL CORNER AND PETITE SOPHISTICATES and BROOKS BROTHERS), and THE WILLIAM CARTER COMPANY (dba CARTER'S and OSH KOSH)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>           Plaintiff,<br><br>      vs.<br><br>CHELSEA FINANCING PARTNERSHIP, LP; AEROGROUP RETAIL HOLDINGS, INC, ET AL.,<br><br>           Defendants. | CASE NO. 05-CV-01935 MCE-GGH<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS NAUTICA RETAIL USA, INC., RETAIL BRAND ALLIANCE, INC., BIG DOG USA, INC., SKECHERS USA, INC. AND THE WILLIAM CARTER COMPANY'S TIME TO RESPOND TO PLAINTIFF GARY PALMER'S COMPLAINT**<br><br>Date:   N/A<br>Time:   N/A<br>Judge: Morrison C. England, Jr. |

# STIPULATION

WHEREAS Defendants Nautica Retail USA, Inc., Big Dog USA, Inc., Skechers USA, Inc., The William Carter Company and Retail Brand Alliance, Inc. (dba Petite Sophisticates and Casual Corner and Brooks Brothers) ("Defendants") were served with the Complaint in the above-captioned matter on or about October 14, 2005; and

WHEREAS Plaintiff Gary Palmer ("Plaintiff") and Defendants have been discussing the resolution of this matter, and desire to resolve this matter without further litigation; and

WHEREAS, Defendants have only recently received Plaintiff's offer of settlement in this matter and need additional time to consider and negotiate the specific terms of any settlement; and

WHEREAS, Plaintiff's have agreed that Defendants may have an additional thirty (30) days to answer, move or otherwise respond to the above-captioned matter;

IT IS HEREBY STIPULATED, by and between Defendant and Plaintiff, that Defendants may have up to and including December 30, 2005 within which to answer, move or otherwise respond to Plaintiff's initial Complaint in this action.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: November 23, 2005 | BUCHALTER NEMER<br>A Professional Corporation |

By: _____
WILLIAM M. MILLER
Attorneys for Defendants
NAUTICA RETAIL USA, INC. BIG DOG USA, INC., SKECHERS USA, INC., THE WILLIAM CARTER COMPANY AND RETAIL BRAND ALLIANCE, INC. (DBA PETITE SOPHISTICATES AND CASUAL CORNER AND BROOKS BROTHERS)

DATED: November __, 2005         THE LAW OFFICES OF LYNN HUBBARD

By: _____
LYNN HUBBARD, III
Attorneys for Plaintiff
GARY PALMER

**IT IS SO ORDERED:**

Dated: December 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE