Regina A. Stagg (State Bar No. 103953)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendant The Kitchen Collection, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHELSEA FINANCING PARTNERSHIP, LP, et al.,<br><br>    Defendants. | CASE NO. 2:05-CV-01935-MCE-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT THE KITCHEN COLLECTION, INC. TO RESPOND TO COMPLAINT;ORDER** |

By and through their attorneys of record, plaintiff Gary Palmer ("Plaintiff") and defendant The Kitchen Collection, Inc. ("KCI"), referred to in the Complaint as The Kitchen Collection dba Kitchen Collection Factory Outlet, hereby agree and stipulate as follows:

WHEREAS, KCI was served with the Complaint on or about October 13, 2005;

WHEREAS, KCI's original deadline to respond was November 2, 2005;

WHEREAS, counsel for Plaintiff agreed to an extension to November 30, 2005 for all defendants to respond to the Complaint;

///

///

1  WHEREAS, the extension to November 30, 2005 was agreed upon by plaintiff and other
2  defendants prior to KCI being served with the Complaint;

3  WHEREAS, Plaintiff has made a settlement proposal, and KCI would like an opportunity to
4  evaluate the proposal and respond prior to responding to the Complaint;

5  WHEREAS, the Complaint is 439 pages long with 2,896 paragraphs, requiring significant
6  time and effort with respect to a response;

7  WHEREAS, Plaintiff has agreed to an additional seven (7) day extension, which extends
8  KCI's deadline to respond to the Complaint to December 7, 2005 (only 35 days beyond KCI's
9  original deadline to respond),

10  THEREFORE, in accordance with Local Rules 6-144 and 83-143, Plaintiff and KCI
11  stipulate and agree that KCI shall have an extension of time, through and including December 7,
12  2005, within which to respond to the Complaint, and request that the Court enter an Order granting
13  the same.

Dated: November __, 2005        ARNOLD & PORTER LLP

By: _____
    Regina A. Stagg
    Attorneys for Defendant The Kitchen
    Collection, Inc.

Dated: November __, 2005        LAW OFFICES OF LYNN HUBBARD

By: _____
    Scott Hubbard
    Attorneys for Plaintiff Gary Palmer

**IT IS SO ORDERED.**

DATED: November 30, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE