1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J. HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 Williamsburg Lane
3  Chico, California 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff Gary Palmer

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  GARY PALMER,                    Case No. CIV-S-05-1935 MCE/GGH

12       Plaintiff,

13

14       v.                         **Order Re: Dismissal of Defendant
                                     LCUT Retail Stores dba Faberware**
15  CHELSEA FINANCING
16  PARNTERSHIP, L.P. et al.,

17

18       Defendants.
    _____/
19

20       IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.

21  CIV-S-05-01935 MCE/GGH, is hereby dismissed with prejudice **as to LCUT**

22  **Retail Stores dba Faberware**.

23

24  Dated: December 13, 2005

25

26                                  _____

27                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
28