LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHELSEA FINANCING PARTNERSHIP, LP, et al,<br><br>    Defendants. | No. CIV.S-05-1935 MCE GGH<br><br>**REQUEST FOR DISMISSAL OF ONE DEFENDANT,** *ROCKY MOUNTAIN CHOCOLATE FACTORY, INC. DBA ROCKY MOUNTIAN CHOCOLATE FACTORY,* **ONLY AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Plaintiff, GARY PALMER, requests the Court dismiss the above entitled action, without prejudice, **as to ROCKY MOUNTAIN CHOCOLATE FACTORY, INC. DBA ROCKY MOUNTIAN CHOCOLATE FACTORY only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants

1 | other

2 | ///

3 | than defendant ROCKY MOUNTAIN CHOCOLATE FACTORY, INC. DBA ROCKY MOUNTIAN CHOCOLATE FACTORY.

Dated: December 6, 2005     LAW OFFICES OF LYNN HUBBARD

  /s/  Lynn Hubbard, Esquire                /
LYNN HUBBARD, III
Attorney for Plaintiff

    IT IS SO ORDERED

Dated: December 13, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE