**Robert K. Phillips - SBN 135088**
**Kristin L. Oliveira - SBN 204384**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, CA  94108
Telephone:   (415) 278-9400
Facsimile:   (415) 278-9411

Attorneys for Defendant
THE GAP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHELSEA FINANCING PARTNERSHIP, LP, ET AL.,<br><br>　　　　Defendants.<br>_____ | Case No.  2:05-CV-01935-MCE-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER FOR DEFENDANT THE GAP, INC. TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　　　PLAINTIFF GARY PALMER, by and through his attorneys of record, Law Offices of Lynn Hubbard, and DEFENDANT THE GAP, INC., by and through its counsel of record, Phillips, Spallas & Angstadt LLP, agree and herein stipulate as follows:

　　　　PLAINTIFF has filed suit against multiple defendants in the above entitled action, including defendant THE GAP, INC.  PLAINTIFF has effected service on defendant THE GAP, INC.  Since such service, the parties have been actively engaged in settlement discussions.  To permit the parties to continue such discussions without added obligations and expense, PLAINTIFF and DEFENDANT THE GAP, INC. stipulate and agree to continue the time by which defendant THE GAP, INC. must file a responsive pleading up to and including December 30, 2005.

Nothing in this stipulation is intended to waive any defense that DEFENDANT THE GAP, INC. may raise against the allegations in the Complaint.

IT IS SO STIPULATED.

**LAW OFFICES OF LYNN HUBBARD**

Dated: December 8, 2005  _____/S/_____
Lynn Hubbard
Attorney for Plaintiff

**PHILLIPS, SPALLAS & ANGSTADT LLP**

Dated: December 8, 2005  _____/S/_____
Kristin L. Oliveira
Attorney for Defendant THE GAP, INC.

## **ORDER**

Good cause having been found, IT IS ORDERED that DEFENDANT THE GAP, INC. shall have up to and including December 30, 2005, to file a response to PLAINTIFF'S Complaint.

IT IS SO ORDERED:

Dated: December 13, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE