1  NORMAN C. HILE (STATE BAR NO. 57299)
   MARY NEBGEN (STATE BAR NO. 217451)
2  ANALEA J. PATTERSON (STATE BAR NO. 229918)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
4  Telephone:    916-447-9200
   Facsimile:    916-329-4900
5
   Attorneys for Defendant
6  Le Gourmet Chef Inc., sued herein as "Housewares Stores of
   California, Inc., dba Le Gourmet Chef"
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| 11 | GARY PALMER, | Case No.  2:05-CV-01935-MCE-GGH |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LE GOURMET CHEF, INC., TO ANSWER COMPLAINT** |
| 14 | CHELSEA FINANCING PARTNERSHIP, LP; AEROGROUP RETAIL HOLDINGS, INC dba AEROSOLES #817; PACIFIC BRANDS RETAIL GROUP I, INC. dba BALBOA BEACH COMPANY; BEBE STORES, INC. dba BEBE STORE #719; BIG DOG USA, INC. dba BIG DOG SPORTSWEAR #209; RETAIL BRAND ALLIANCE, INC. dba BROOKS BROTHERS; SKETCHER USA, INC. dba SKETCHER'S USA #1215; THE WILLIAM CARTER COMPANY dba CARTER'S CHILDRENWEAR #659; RETAIL BRAND ALLIANCE, INC. dba CASUAL CORNER AND PETITE SOPHISTICATE OUTLET; CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES; THE DRESS BARN, INC. dba DRESSBARN #2860; EDDIE BAUER, INC. dba EDDIE BAUER; BROWN GROUP RETAIL, INC. dba FACTORY BRAND SHOES; LCUT RETAIL STORES dba FABERWARE; FOSSIL STORES I, INC. dba FOSSIL STORE; PHILLIPS-VAN HEUSEN CORPORATION dba GEOFFREY BEENE #18; GAP (TEXAS) L.P. dba GAP; KIM DONGMOON dba GILCHRIST GALLERY; GLASSWARE HOUSE, INC. dba GLASSWARE HOUSE; BEAR CREEK | |

STORES, INC. dba HARRY AND DAVID; THE IZOD CORPORATION dba IZOD #727; K 13 TOY OF CALIFORNIA, INC. dba K B TOY LIQUIDATORS #4280; JONES RETAIL CORP. dba KASPER; THE KITCHEN COLLECTION dba KITCHEN COLLECTION FACTORY OUTLET; COLE SFC, LLC dba KENNETH COLE; SARAMAR, LLC dba L' EGGS HANES BALI PLAYTEX #126; HOUSEWARES STORES OF CALIFORNIA, INC. dba LE GOURMET CHEF; HUB DISTRIBUTING, INC. dba LEVI'S OUTLET BY MOST; TOO, INC. dba LIMITED TOO; LITTLE ME RETAIL STORES OF CAMARILLO, CALIFORNIA LLC dba LITTLE ME; L.C.FOOTWEAR, LLC dba LIZ CLAIBORNE; MOTHERS WORK, INC. dba MOTHERHOOD MATERNITY #1652; BROWN GROUP RETAIL, INC. dba NATURALIZER SHOES; NAUTICA RETAIL USA, INC. dba NAUTICA; NIKE RETAIL SERVICES, INC. dba NIKE FACTORY OUTLET; NINE WEST GROUP, INC. dba NINE WEST OUTLET STORE #2516; OSHKOSH B' GOSH RETAIL, INC. dba OSHKOSH B' GOSH #135; PACIFIC SUNWEAR STORES, CORP. dba PACIFIC SUNWEAR; MAGNIFIQUE PERFUME AND COSMETICS, INC. dba PERFUMANIA; PUMA NORTH AMERICA, INC. dba PUMA; ROCKY MOUNTAIN CHOCOLATE FACTORY, INC. dba ROCKY MOUNTIAN CHOCOLATE FACTORY; RUE21, INC. dba RUE 21; SCCA, LLC dba SAKS OFF FIFTH AVENUE; SAMSONITE COMPANY STORES, INC. dba SAMSONITE COMPANY STORE; SARAMAR, LLC dba SOCKS GALORE & MORE #85; D.S.A. ENTERPRISES, INC. dba SPORTS FEVER; STRIDE RITE CHILDREN'S GROUP, INC. dba STRIDE RITE OUTLET #6035; STYLES FOR LESS, INC. dba STYLES FOR LESS; SUNGLASS HUT TRADING CORPORATION dba SUNGLASS HUT #2963; THE BOMBAY COMPANY, INC. dba THE BOMBAY COMPANY #176; JOCKEY INTERNATIONAL GLOBAL, INC. dba THE JOCKEY STORE; PA ACQUISITION CORP. dba THE PAPER OUTLET; TOMMY HILLFIGER RETAIL, LLC dba TOMMY HILLFIGER; TOTES ISOTONER CORPORATION dba TOTES FACTORY WORLD; ULTRA STORES,

| | |
|---|---|
| 1 | INC. dba ULTRA DIAMOND OUTLET; PHILLIPS-VAN HEUSEN CORPORATION dba VAN HEUSEN #235; VANS, INC. dba VANS, INC.; VITAMIN WORLD, INC. dba VITAMIN WORLD INC. #4912; WATERFORD WEDGWOOD USA, INC. dba WATERFORD WEDGWOOD; WELCOME HOME, INC. dba WELCOME HOME; ROSEDALE WILSONS, INC. dba WILSON'S LEATHER; ZUMIEZ, INC. dba ZUMIEZ #243; PVH CK STORES, INC. dba CALVIN KLEIN; HUSH PUPPIES RETAIL, INC. dba HUSH PUPPIES & FAMILY #614; GUESS? RETAIL, INC. dba GUESS; JONES RETAIL CORP. dba EASY SPIRIT; ZALE DELAWARE, INC. dba ZALES; D.G. SMITH ENTERPRISES, INC. dba TACO BELL; DAYJOYE ENTERPRISES, INC. dba MRS. FIELDS; DAYJOYCE |
| | Defendants. |

Plaintiff Gary Palmer, by and through his attorneys of record, the Law Offices of Lynn Hubbard, and Defendant Le Gourmet Chef, Inc., sued herein as "Housewares Stores of California, Inc., dba Le Gourmet Chef" ("Le Gourmet Chef, Inc.") by and through its attorneys of record, Orrick, Herrington & Sutcliffe, LLP, agree and stipulate as follows:

Defendant Le Gourmet Chef, Inc. was served with the Plaintiff's initial Complaint in the above-captioned matter on October 13, 2005. Plaintiff and Defendant Le Gourmet Chef, Inc. are actively engaged in settlement discussions. To permit the parties to continue such discussions without added obligations and expense, Plaintiff and Defendant Le Gourmet Chef, Inc., stipulate

///

///

///

and agree that Le Gourmet Chef, Inc. may have up to and including December 20, 2005 within which to file an Answer, move, or otherwise respond to, Plaintiff's initial Complaint in this action.

     IT IS SO STIPULATED.

DATED:  December 8, 2005    ORRICK, HERRINGTON & SUTCLIFFE, LLP


By: _____
  Mary Nebgen
  Attorney for Defendant
  LE GOURMET CHEF, INC.

DATED:  December 8, 2005    THE LAW OFFICES OF LYNN HUBBARD


By: _____
  Attorney for Plaintiff
  GARY PALMER

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ORDER**

The Court, having considered the foregoing stipulation and finding good cause, hereby orders that Defendant Le Gourmet Chef, Inc. shall have up to and including December 20, 2005 to file their responsive pleadings to the Plaintiff's Complaint filed in the above-captioned action.

IT IS SO ORDERED.

Dated: December 13, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE