DESOUZA LAW OFFICES, a professional corporation
JACQUELINE DESOUZA, State Bar No.: 133686
JULIE AZEVEDO, State Bar No. 151618
2397 Shattuck Avenue, Suite 202
Berkeley, CA. 94704

Telephone: 510-649-3420
Telecopier: 510-649-1711

Attorneys for Defendant(s):
D.S.A. Enterprises, Inc. dba Sports Fever

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Palmer, | Case No.: CIV.S-05-1935 MCE GGH |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TIME TO RESPOND** |
| v. | |
| Chelsea Financing Partnership LP et al., | |
| Defendants. | |

Plaintiff, Gary Palmer, by and through his attorney of record, Law Offices of Lynn Hubbard, and Defendant D.S.A. Enterprises, Inc. dba Sports Fever, by and through its attorneys of record, DESOUZA LAW OFFICES PC, agree and stipulate as follows:

Gary Palmer has filed suit against D.S.A. Enterprises, Inc., dba Sports Fever at the Folsom Premium Outlets. Mr. Palmer has effected service on this Defendant. Since such service, the parties have been actively engaged in discussions to resolve this dispute. To permit the parties to continue such discussions without added obligations and expense, they stipulate and agree to continue the time by which this Defendant must file a responsive pleading up to and including December 19, 2005. Nothing in this stipulation is intended to waive any defense that this Defendant may raise against the allegations in the Complaint.

///

1   IT IS SO STIPULATED:

2

3   Dated:_____, 2005          DESOUZA LAW OFFICES
                                       a professional corporation
4

5                                      By: /s/   Jacqueline deSouza
                                       Jacqueline deSouza
6                                      Attorneys for Defendant(s)
                                       D.S.A. Enterprises, Inc. dba Sports Fever
7

8

9   Dated:_____, 2005          LAW OFFICES OF LYNN HUBBARD III

10

11

12                                     By: /s/   Lynn Hubbard III
                                       Lynn Hubbard III
                                       Attorneys for Plaintiff
13                                     Gary Palmer

14

15  Good cause having been found, IT IS ORDERED that Defendants D.S.A. Enterprises,

16  Inc. dba Sports Fever shall have up to and including December 19, 2005, to file a

17  response to Plaintiff Gary Palmer's Complaint.

18

19  IT IS SO ORDERED:

20

21  Dated: December 14, 2005

22

23

24  _____
    MORRISON C. ENGLAND, JR
25  UNITED STATES DISTRICT JUDGE

26

27

28