1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.: 133686
2  JULIE AZEVEDO, State Bar No. 151618
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA. 94704

4  Telephone: 510-649-3420
   Telecopier: 510-649-1711
5
   Attorneys for Defendant(s):
6  D.G. Smith Enterprises Inc., Dayjoye Enterprises Inc., Taco Bell, Mrs. Fields, TCBY, and
   Pretzel Time
7

8
                          UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11
   Gary Palmer,                              Case No.: CIV.S-05-1935 MCE GGH
12
                                             **STIPULATION TO CONTINUE
13         Plaintiff,                        TIME TO RESPOND AND-ORDER**

14 v.

15 Chelsea Financing Partnership LP et al.,

16
           Defendants.
17 _____/

18         Plaintiff, Gary Palmer, by and through his attorneys of record, Law Offices of

19 Lynn Hubbard, and Defendants D.G. Smith Enterprises Inc., Dayjoye Enterprises Inc.,

20 Taco Bell, Mrs. Fields, TCBY, and Pretzel Time by and through their attorneys of record,

21 DESOUZA LAW OFFICES PC, agree and stipulate as follows:

22         Gary Palmer has filed suit against D.G. Smith Enterprises Inc. and Dayjoye

23 Enterprises Inc., companies that operate Taco Bell, TCBY, Mrs. Fields, and Preztel Time

24 franchises at the Folsom Premium Outlets.   Mr. Palmer has effected service on each

25 Defendant.  Since such service, the parties have been actively engaged in discussions to

26 resolve this dispute.  To permit the parties to continue such discussions without added

27 obligations and expense, they stipulate and agree to continue the time by which these

28 Defendants must file a responsive pleading up to and including December 19, 2005.

   Nothing in this stipulation is intended to waive any defense that these Defendants may

1  raise against the allegations in the Complaint.

2  IT IS SO STIPULATED:

4  Dated:_____, 2005         DESOUZA LAW OFFICES
                                     a professional corporation

6                                    By: /s/ Jacqueline deSouza
                                     Jacqueline deSouza
7                                    Attorneys for Defendant(s)
                                     D.G. Smith Enterprises Inc. and Dayjoye
8                                    Enterprises Inc., Taco Bell, Mrs. Fields,
                                     TCBY, and Pretzel Time

11 Dated:_____, 2005         LAW OFFICES OF LYNN HUBBARD III

14                                   By: /s/ Lynn Hubbard III
                                     Lynn Hubbard III
                                     Attorneys for Plaintiff
15                                   Gary Palmer

17 Good cause having been found, IT IS ORDERED that Defendants D.G. Smith Enterprises

18 Inc., Dayjoye Enterprises Inc,, Taco Bell, Mrs. Fields, TCBY, and Pretzel Time shall

19 have up to and including December 19, 2005, to file a response to Plaintiff Gary Palmer's

20 Complaint.

22 IT IS SO ORDERED:

24 Dated: December 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE