WILLIAM V. WHELAN, Cal. Bar. No. 116372
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:  619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant
HUSH PUPPIES RETAIL, INC.,
dba. HUSH PUPPIES & FAMILY
# 614

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br>**Plaintiff,**<br>vs.<br><br>CHELSEA FINANCING PARTNERSHIP, LP; AEROGROUP RETAIL HOLDINGS, INC dba AEROSOLES #817; PACIFIC BRANDS RETAIL GROUP I, INC. dba BALBOA BEACH COMPANY; BEBE STORES, INC. dba BEBE STORE #719; BIG DOG USA, INC. dba BIG DOG SPORTSWEAR #209; RETAIL BRAND ALLIANCE, INC. dba BROOKS BROTHERS; SKETCHER USA, INC. dba SKETCHER'S USA #1215; THE WILLIAM CARTER COMPANY dba CARTER'S CHILDRENWEAR #659; RETAIL BRAND ALLIANCE, INC. dba CASUAL CORNER AND PETITE SOPHISTICATE OUTLET; CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES; THE DRESS BARN, INC. dba DRESSBARN #2860; EDDIE BAUER, INC. dba EDDIE BAUER; BROWN GROUP RETAIL, INC. dba FACTORY BRAND SHOES; LCUT RETAIL STORES dba FABERWARE; FOSSIL STORES I, INC. dba FOSSIL | Case No. CIV.S-05-1935 MCE GGH<br><br>The Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

-1-

STORE; PHILLIPS-VAN HEUSEN CORPORATION dba GEOFFREY BEENE #18; GAP (TEXAS) L.P. dba GAP; KIM DONGMOON dba GILCHRIST GALLERY; GLASSWARE HOUSE, INC. dba GLASSWARE HOUSE; BEAR CREEK STORES, INC. dba HARRY AND DAVID; THE IZOD CORPORATION dba IZOD #727; K B TOY OF CALIFORNIA, INC. dba K B TOY LIQUIDATORS #4280; JONES RETAIL CORP. dba KASPER;THE KITCHEN COLLECTION dba KITCHEN COLLECTION FACTORY OUTLET; COLE SFC, LLC dba KENNETH COLE; SARAMAR, LLC dba L' EGGS HANES BALI PLAYTEX #126; HOUSEWARES STORES OF CALIFORNIA, INC. dba LE GOURMET CHEF; HUB DISTRIBUTING, INC. dba LEVI'S OUTLET BY MOST; TOO, INC. dba LIMITED TOO; LITTLE ME RETAIL STORES OF CAMARILLO, CALIFORNIA LLC dba LITTLE ME; L.C. FOOTWEAR, LLC dba LIZ CLAIBORNE; MOTHERS WORK, INC. dba MOTHERHOOD MATERNITY #1652; BROWN GROUP RETAIL, INC. dba NATURALIZER SHOES; NAUTICA RETAIL USA, INC. dba NAUTICA; NIKE RETAIL SERVICES, INC. dba NIKE FACTORY OUTLET; NINE WEST GROUP, INC. dba NINE WEST OUTLET STORE #2516; OSHKOSH B' GOSH RETAIL, INC. dba OSHKOSH B' GOSH #135; PACIFIC SUNWEAR STORES, CORP. dba PACIFIC SUNWEAR; MAGIFQUE PERFUME AND COSMETICS, INC. dba PERFUMANIA; PUMA NORTH AMERICA, INC. dba PUMA; ROCKY MOUNTAIN CHOCOLATE FACTORY, INC. dba ROCKY MOUNTIAN CHOCOLATE FACTORY; RUE21, INC. dba RUE 21; SCCA, LLC dba SAKS OFF FIFTH AVENUE; SAMSONITE COMPANY STORES, INC. dba SAMSONITE COMPANY STORE; SARAMAR, LLC

| | |
|---|---|
| 1 | dba SOCKS GALORE & MORE #85; D.S.A. ENTERPRISES, INC. dba SPORTS FEVER; STRIDE RITE CHILDREN'S GROUP, INC. dba STRIDE RITE OUTLET #6035; STYLES FOR LESS, INC. dba STYLES FOR LESS; SUNGLASS HUT TRADING CORPORATION dba SUNGLASS HUT #2963; THE BOMBAY COMPANY, INC. dba THE BOMBAY COMPANY #176; JOCKEY INTERNATIONAL GLOBAL, INC. dba THE JOCKEY STORE; PA ACQUISITION CORP. dba THE PAPER OUTLET; TOMMY HILLFIGER RETAIL, LLC dba TOMMY HILLFIGER; TOTES ISOTONER CORPORATION dba TOTES FACTORY WORLD; ULTRA STORES, INC. dba ULTRA DIAMOND OUTLET; PHILLIPS-VAN HEUSEN CORPORATION dba VAN HEUSEN #235; VANS, INC. dba VANS, INC.; VITAMIN WORLD, INC. dba VITAMIN WORLD INC. #4912; WATERFORD WEDGWOOD USA, INC. dba WATERFORD WEDGWOOD; WELCOME HOME, INC. dba WELCOME HOME; ROSEDALE WILSONS, INC. dba WILSON'S LEATHER; ZUMIEZ, INC. dba ZUMIEZ #243; PVH CK STORES, INC. dba CALVIN KLEIN; HUSH PUPPIES RETAIL, INC. dba HUSH PUPPIES & FAMILY #614; GUESS? RETAIL, INC. dba GUESS; JONES RETAIL CORP. dba EASY SPIRIT; ZALE DELAWARE, INC. dba ZALES; D.G. SMITH ENTERPRISES, INC. dba TACO BELL; DAYJOYE ENTERPRISES, INC. dba MRS. FIELDS; DAYJOYCE ENTERPRISES INC. dba PRETZEL TIME; DAYJOYCE ENTERPRISES INC. dba TCBY. |

Defendants.

# **STIPULATION**

1. WHEREAS Plaintiff served the Complaint in this action on Defendants on or about October 13, 2005;

2. WHEREAS December 9, 2005 is the date by which Defendants must file their Answer or otherwise respond to Plaintiff's Complaint;

3. WHEREAS good cause exists for an extension because Defendants need additional time to investigate adequately the claims alleged in this matter, as well as all potential defenses and/or counterclaims to those claims, and the parties require additional time to discuss possible settlement of claims;

4. WHEREAS Plaintiff does not oppose and has agreed to Defendants' request that it may have through and including December 30, 2005 to answer or otherwise respond to Plaintiff's Complaint;

///

///

///

///

///

///

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this Court should extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint through and including the date of December 30, 2005.

DATED: December 8, 2005

                LAW OFFICES OF LYNN HUBBARD

                By   /s/ Lynn Hubbard
                        Lynn Hubbard
                        Attorneys for Plaintiff
                        GARY PALMER

DATED: December 8, 2005

                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                By   /s/ Lisa A. Hill
                        William V. Whelan
                        Lisa A. Hill
                        Attorneys for Defendant
                        HUSH PUPPIES .

## ORDER

For good cause shown, the stipulated request to extend time for Defendants to answer or otherwise respond to Plaintiff's Complaint is hereby granted. **IT IS SO ORDERED.**

Dated: December 14, 2005

                        _____
                        MORRISON C. ENGLAND, JR
                        UNITED STATES DISTRICT JUDGE