JULIE A. DUNNE, Cal. Bar. No. 160544
LISA A. HILL, Cal. Bar No. 223995
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:  619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant
The Dress Barn, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER<br><br>                **Plaintiff,**<br><br>vs.<br><br>CHELSEA FINANCING PARTNERSHIP, LP; AEROGROUP RETAIL HOLDINGS, INC dba AEROSOLES #817; PACIFIC BRANDS RETAIL GROUP I, INC. dba BALBOA BEACH COMPANY; BEBE STORES, INC. dba BEBE STORE #719; BIG DOG USA, INC. dba BIG DOG SPORTSWEAR #209; RETAIL BRAND ALLIANCE, INC. dba BROOKS BROTHERS; SKETCHER USA, INC. dba SKETCHER'S USA #1215; THE WILLIAM CARTER COMPANY dba CARTER'S CHILDRENWEAR #659; RETAIL BRAND ALLIANCE, INC. dba CASUAL CORNER AND PETITE SOPHISTICATE OUTLET; CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES; THE DRESS BARN, INC. dba DRESSBARN #2860; EDDIE BAUER, INC. dba EDDIE BAUER; BROWN GROUP RETAIL, INC. dba FACTORY BRAND SHOES; LCUT RETAIL STORES dba FABERWARE; FOSSIL STORES I, INC. dba FOSSIL | Case No. CIV.S-05-1935 MCE GGH<br><br>The Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

-1-

STORE; PHILLIPS-VAN HEUSEN CORPORATION dba GEOFFREY BEENE #18; GAP (TEXAS) L.P. dba GAP; KIM DONGMOON dba GILCHRIST GALLERY; GLASSWARE HOUSE, INC. dba GLASSWARE HOUSE; BEAR CREEK STORES, INC. dba HARRY AND DAVID; THE IZOD CORPORATION dba IZOD #727; K B TOY OF CALIFORNIA, INC. dba K B TOY LIQUIDATORS #4280; JONES RETAIL CORP. dba KASPER;THE KITCHEN COLLECTION dba KITCHEN COLLECTION FACTORY OUTLET; COLE SFC, LLC dba KENNETH COLE; SARAMAR, LLC dba L' EGGS HANES BALI PLAYTEX #126; HOUSEWARES STORES OF CALIFORNIA, INC. dba LE GOURMET CHEF; HUB DISTRIBUTING, INC. dba LEVI'S OUTLET BY MOST; TOO, INC. dba LIMITED TOO; LITTLE ME RETAIL STORES OF CAMARILLO, CALIFORNIA LLC dba LITTLE ME; L.C. FOOTWEAR, LLC dba LIZ CLAIBORNE; MOTHERS WORK, INC. dba MOTHERHOOD MATERNITY #1652; BROWN GROUP RETAIL, INC. dba NATURALIZER SHOES; NAUTICA RETAIL USA, INC. dba NAUTICA; NIKE RETAIL SERVICES, INC. dba NIKE FACTORY OUTLET; NINE WEST GROUP, INC. dba NINE WEST OUTLET STORE #2516; OSHKOSH B' GOSH RETAIL, INC. dba OSHKOSH B' GOSH #135; PACIFIC SUNWEAR STORES, CORP. dba PACIFIC SUNWEAR; MAGIFQUE PERFUME AND COSMETICS, INC. dba PERFUMANIA; PUMA NORTH AMERICA, INC. dba PUMA; ROCKY MOUNTAIN CHOCOLATE FACTORY, INC. dba ROCKY MOUNTIAN CHOCOLATE FACTORY; RUE21, INC. dba RUE 21; SCCA, LLC dba SAKS OFF FIFTH AVENUE; SAMSONITE COMPANY STORES, INC. dba SAMSONITE COMPANY STORE; SARAMAR, LLC

| | |
|---|---|
| 1 | dba SOCKS GALORE & MORE #85; D.S.A. ENTERPRISES, INC. dba SPORTS |
| 2 | FEVER; STRIDE RITE CHILDREN'S GROUP, INC. dba STRIDE RITE |
| 3 | OUTLET #6035; STYLES FOR LESS, INC. dba STYLES FOR LESS; |
| 4 | SUNGLASS HUT TRADING CORPORATION dba SUNGLASS HUT |
| 5 | #2963; THE BOMBAY COMPANY, INC. dba THE BOMBAY COMPANY #176; |
| 6 | JOCKEY INTERNATIONAL GLOBAL, INC. dba THE JOCKEY STORE; PA |
| 7 | ACQUISITION CORP. dba THE PAPER OUTLET; TOMMY HILLFIGER |
| 8 | RETAIL, LLC dba TOMMY HILLFIGER; TOTES ISOTONER CORPORATION dba |
| 9 | TOTES FACTORY WORLD; ULTRA STORES, INC. dba ULTRA DIAMOND |
| 10 | OUTLET; PHILLIPS-VAN HEUSEN CORPORATION dba VAN HEUSEN |
| 11 | #235; VANS, INC. dba VANS, INC.; VITAMIN WORLD, INC. dba VITAMIN |
| 12 | WORLD INC. #4912; WATERFORD WEDGWOOD USA, INC. dba |
| 13 | WATERFORD WEDGWOOD; WELCOME HOME, INC. dba |
| 14 | WELCOME HOME; ROSEDALE WILSONS, INC. dba WILSON'S |
| 15 | LEATHER; ZUMIEZ, INC. dba ZUMIEZ #243; PVH CK STORES, INC. dba |
| 16 | CALVIN KLEIN; HUSH PUPPIES RETAIL, INC. dba HUSH PUPPIES & |
| 17 | FAMILY #614; GUESS? RETAIL, INC. dba GUESS; JONES RETAIL CORP. dba |
| 18 | EASY SPIRIT; ZALE DELAWARE, INC. dba ZALES; D.G. SMITH |
| 19 | ENTERPRISES, INC. dba TACO BELL; DAYJOYE ENTERPRISES, INC. dba |
| 20 | MRS. FIELDS; DAYJOYCE ENTERPRISES INC. dba PRETZEL |
| 21 | TIME; DAYJOYCE ENTERPRISES INC. dba TCBY. |
| 22 | |
| 23 | Defendants. |

# STIPULATION

1. WHEREAS Plaintiff served the Complaint in this action on Defendant on or about October 17, 2005;

2. WHEREAS December 9, 2005 is the date by which Defendants must file their Answer or otherwise respond to Plaintiff's Complaint;

3. WHEREAS good cause exists for an extension because Defendants need additional time to investigate adequately the claims alleged in this matter, as well as all potential defenses and/or counterclaims to those claims, and the parties require additional time to discuss possible settlement of claims;

4. WHEREAS Plaintiff does not oppose and has agreed to Defendants' request that it may have through and including December 30, 2005 to answer or otherwise respond to Plaintiff's Complaint;

///

///

///

///

///

///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
2  through their counsel, that this Court should extend the deadline for Defendants to
3  answer or otherwise respond to Plaintiff's Complaint through and including the date
4  of December 30, 2005.

6  DATED: December 8, 2005

LAW OFFICES OF LYNN HUBBARD

By    /s/ Lynn Hubbard
Lynn Hubbard
Attorneys for Plaintiff
GARY PALMER

DATED: December 8, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By    /s/ Lisa A. Hill
Lisa A. Hill
Attorneys for Defendant
THE DRESS BARN, INC.

## ORDER

For good cause shown, the stipulated request to extend time for Defendants to answer or otherwise respond to Plaintiff's Complaint is hereby granted.

**IT IS SO ORDERED.**

Dated: December 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE