1 | JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
2 | MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
Two Embarcadero Center, Fifth Floor
3 | San Francisco, CA 94111
Telephone:    (415) 398-8080
4 | Facsimile:    (415) 398-5584

5 | Attorneys for Defendant CHELSEA FINANCING
PARTNERSHIP, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GARY PALMER, | CASE NO.   2:05-CV-01935-MCE-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CHELSEA FINANCING PARTNERSHIP, LP TO FILE RESPONSIVE PLEADING TO CROSS-CLAIM** |
| v. | |
| CHELSEA FINANCING PARTNERSHIP, LP, et al., | |
| Defendants. | Complaint filed: September 23, 2005
Judge Morrison C. England, Jr. |

Defendant, Chelsea Financing Partnership, LP, ("Chelsea") by and through its attorney of record Martin H. Orlick and the law firm of Jeffer, Mangels, Butler & Marmaro LLP and Waterford Wedgwood USA, Inc., by and through its attorney of record D. Douglas Shureen and the law firm of McMillan and Shureen, ("Parties") agree and stipulate as follows:

Waterford Wedgwood USA, Inc., has filed its cross-claim against Chelsea Financing Partnership, LP. The Parties stipulate and agree to continue the time by which Chelsea must file a responsive pleading up to and including January 30, 2006. Nothing in this stipulation is intended to waive any defense that Chelsea may raise against the allegations in the cross-claim.

///

///

///

///

PRINTED ON
RECYCLED PAPER

IT IS SO STIPULATED:

DATED: December 20, 2005         JEFFER, MANGELS, BUTLER & MARMARO LLP
                                 MARTIN H. ORLICK
                                 MATTHEW S. KENEFICK


                                 By: /s/ Martin H. Orlick
                                        MARTIN H. ORLICK
                                 Attorneys for Defendant and Cross-Defendant
                                 CHELSEA FINANCING PARTNERSHIP, LP


DATED: December 20, 2005         McMILLAN & SHUREEN LLP
                                 D. DOUGLAS SHUREEN


                                 By: /s/ D. Douglas Shureen
                                        D. DOUGLAS SHUREEN
                                 Attorneys for Defendant and Cross-Claimant
                                 WATERFORD WEDGWOOD USA, INC.


Good cause having been found, IT IS ORDERED that Defendant Chelsea Financing Partnership, LP shall have up to and including January 30, 2006, to file a responsive pleading to Waterford Wedgwood USA, Inc. 's Cross-Claim.

IT IS SO ORDERED:

Dated: December 28 , 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PRINTED ON RECYCLED PAPER

MS Word EAP SF 471794v1 65942-0002 12/15/05

- 2 -