UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY PALMER,                           No. 2:05-cv-1935-MCE-GGH

      Plaintiff,

  v.                                   **ORDER RE: SETTLEMENT AND DISPOSITION**

CHELSEA FINANCING PARTNERSHIP, LP, ET AL.,

      Defendants.
_____/

    Pursuant to the representations of the attorneys for Defendants, the Court has determined that this case is settled as to the following Defendants only: BEAR CREEK STORES, INC. dba HARRY AND DAVID, PHILLIPS-VAN HEUSEN CORPORATION dba GEOFFREY BEENE #18, PHILLIPS-VAN HEUSEN CORPORATION dba VAN HEUSEN #235, PVH CK STORES, INC. dba CALVIN KLEIN and THE IZOD CORPORATION dba IZOD #727.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 31, 2006.

///

///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.
IT IS SO ORDERED.
DATED: December 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE