JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant CHELSEA FINANCING PARTNERSHIP, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>    Plaintiff,<br><br>v.<br><br>CHELSEA FINANCING PARTNERSHIP, LP, et al.,<br><br>    Defendants. | CASE NO.    2:05-CV-01935-MCE-GGH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CHELSEA FINANCING PARTNERSHIP, LP TO FILE RESPONSIVE PLEADING TO CROSS-CLAIM**<br><br>Complaint filed: September 23, 2005<br>Judge Morrison C. England, Jr. |

Defendant, Chelsea Financing Partnership, LP, ("Chelsea") by and through its attorney of record Martin H. Orlick and the law firm of Jeffer, Mangels, Butler & Marmaro LLP and Waterford Wedgwood USA, Inc., by and through its attorney of record D. Douglas Shureen and the law firm of McMillan and Shureen, ("Parties") agree and stipulate as follows:

Waterford Wedgwood USA, Inc., has filed its cross-claim against Chelsea Financing Partnership, LP. The Parties stipulate and agree to continue the time by which Chelsea must file a responsive pleading up to and including January 30, 2006. Nothing in this stipulation is intended to waive any defense that Chelsea may raise against the allegations in the cross-claim.

///

///

///

///

IT IS SO STIPULATED:

DATED:  December 20, 2005          JEFFER, MANGELS, BUTLER & MARMARO LLP
                                   MARTIN H. ORLICK
                                   MATTHEW S. KENEFICK


                                   By: /s/ Martin H. Orlick
                                       MARTIN H. ORLICK
                                    Attorneys for Defendant and Cross-Defendant
                                    CHELSEA FINANCING PARTNERSHIP, LP


DATED: December  20, 2005          McMILLAN & SHUREEN LLP
                                   D. DOUGLAS SHUREEN


                                   By: /s/ D. Douglas Shureen
                                       D. DOUGLAS SHUREEN
                                   Attorneys for Defendant and Cross-Claimant
                                   WATERFORD WEDGWOOD USA, INC.


Good cause having been found, IT IS ORDERED that Defendant Chelsea Financing Partnership, LP shall have up to and including January 30, 2006, to file a responsive pleading to Waterford Wedgwood USA, Inc. 's Cross-Claim.

IT IS SO ORDERED:

Dated: December  30 , 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MS Word EAP SF  471794v1  65942-0002  12/15/05

PRINTED ON RECYCLED PAPER