UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>            Plaintiff,<br><br>      v.<br><br>CHELSEA FINANCING PARTNERSHIP,<br>LP., et al.,<br><br>            Defendants. | Case No.:  2:05-CV-01935-MCE-GGH<br><br>**ORDER**<br><br><br>Complaint Filed:  September 23, 2005<br>Judge Morrison C. England, Jr. |

    IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice as to Aerogroup Retail Holdings Inc., sued here as Aerogroup Retail Holdings Inc., dba Aerosoles #817, only.

DATED:  January 10, 2006

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____