LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
Gary Palmer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY PALMER,

    Plaintiff,

vs.

CHELSEA FINANCING PARNTERSHIP, L.P. et al.,

    Defendants.

_____/

Case No. 2:05-cv-1935 MCE GGH

**Order Re: Request for Dismissal**

IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice as to **as to the following defendants only**:

1. Saramar, L.L.C. dba L'Eggs Hanes Bali Playtex #126;
2. Hub Distributing Inc. dba Levi's Outlet by Most;
3. Puma North America, Inc. dba Puma;
4. rue21, inc. dba rue21;
5. Samsonite Company Stores, Inc. dba Samsonite Company Store;
6. Saramar, LLC dba Socks Galore & More #85;

1

7. Styles For Less, Inc. dba Styles For Less;

8. Totes Isotoner Corporation dba Totes Factory World;

9. Van's, Inc. dba Van's, Inc.;

10. Waterford Wedgwood USA, Inc. dba Waterford Wedgwood;

11. Welcome Home LLC (sued as Welcome Home, Inc. dba Welcome Home);

12. Brown Group Retail, Inc. dba Factory Brand Shoes;

13. Brown Group Retail, Inc. dba Naturalizer Shoes;

14. Sunglass Hut Trading Corporation dba Sunglass Hut #2963.

Dated: January 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Law Offices of Lynn Hubbard, III**