UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY PALMER,

        Plaintiff,

  v.

CHELSEA FINANCING PARTNERSHIP, LP, CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES, et al.

        Defendants.

No. 2:05-cv-1935-MCE-GGH

ORDER

----oo0oo----

Defendant Claire's Stores, Inc. (erroneously sued herein as CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES) ("Claire's") has filed a Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the FRCP.

On January 6, 2006, Plaintiff filed a Notice of Non-opposition to Defendant's motion.

In light of the foregoing Notice of Non-opposition, and good cause appearing therefor, Defendant's motion is hereby GRANTED.[1] Defendant Claire's is dismissed, with prejudice, from this case.

IT IS SO ORDERED.

DATED: January 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument.  E.D. Local Rule 78-230(h).