UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY PALMER,

    Plaintiff,

vs.

CHELSEA FINANCING PARNTERSHIP, L.P. et al.,

    Defendants.
_____/

Case No. 2:05-cv-1935 MCE GGH

**Order Re: Request for Dismissal of Several Defendants**

IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice as to **as to the following defendants only**:

1.    Big Dog USA, Inc. dba Big Dog Sportswear #209;
2.    Pacific Brands Retail Group I, Inc. dba Balboa Beach Company;
3.    Retail Brand Alliance, Inc. dba Brooks Brothers;
4.    The William Carter Company dba Carter's Childrenwear #659;
5.    Retail Brand Alliance, Inc. dba Casual Corner and Petite Sophisticate Outlet;
6.    The Dress Barn, Inc. dba Dressbarn #2860;

7. Gap (Texas) L.P. dba Gap;

8. Phillips-Van Heusen Corporation dba Geoffrey Beene #18;

9. Bear Creek Stores, Inc. dba Harry and David;

10. Hush Puppies Retail, Inc. dba Hush Puppies & Family #614;

11. The IZOD Corporation dba IZOD #727;

12. Cole Sfc, LLC dba Kenneth Cole;

13. Housewares Stores of California, Inc. dba Le Gourmet Chef;

14. Too, Inc. dba Limited Too;

15. Nautica Retail USA, Inc. dba Nautica;

16. Oshkosh B' Gosh Retail, Inc. dba Oshkosh B' Gosh #135;

17. Magifque Perfume and Cosmetics, Inc. dba Perfumania;

18. Sketcher USA, Inc. dba Sketcher's USA #1215;

19. PA Acquisition Corp. dba The Paper Outlet;

20. Phillips-Van Heusen Corporation dba Van Heusen #235;

21. PVH CK Stores, Inc. dba Calvin Klein;

22. Bebe Stores, Inc. dba Bebe Store #719;

23. Pacific Sunwear Stores, Corp. dba Pacific Sunwear;

24. K B Toy of California, Inc. dba K B Toy Liquidators #4280.

Dated: January 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Law Offices of
Lynn Hubbard, III