1  JAMERSON C. ALLEN (SBN 132866)
   ALDEN J. PARKER (SBN 196808)
2  JACKSON LEWIS LLP
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141

5  Attorneys for Defendant

6  JOCKEY INTERNATIONAL, INC.
   (erroneously sued as JOCKEY INTERNATIONAL
7  GLOBAL, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>        Plaintiff,<br><br>    v.<br><br>CHELSEA FINANCING PARTNERSHIP, LP,<br>et al.<br><br>        Defendants. | Case No. 2:05-cv-1935 MCE GGH<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |

JOCKEY INTERNATIONAL, INC., substitutes the law office of Akin Gump Strauss Hauer & Feld, LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067-3012, as its attorney of record in place and stead of Jackson Lewis LLP, 801 K Street, Suite 2300, Sacramento, California 95814.

The undersigned consents to the above substitution.

AKIN GUMP STRAUSS HAUER FELD & LLP

DATED: January 20, 2006          By: /s/ Chelsea Dawn Munday
                                     Chelsea Dawn Munday

////

////

////

1

1 | The undersigned accepts the above substitution.

2 | JACKSON LEWIS LLP

4 | DATED: January 20, 2006     By: /s/ Alden J. Parker
                                                                 Alden J. Parker

**IT IS SO ORDERED.**

DATED: January 23, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2