LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff
GARY PALMER


MARTIN H. ORLICK, SBN 083908
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
Telephone:  (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for Defendant
CHELSEA FINANCING PARTNERSHIP, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHELSEA FINANCING PARNTERSHIP, L.P. et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:05-01935 MCE GGH<br><br>ORDER RE: REQUEST FOR DISMISSAL OF CHELSEA FINANCING PARTNERSHIP, LP AND ALL COMMON AREA CLAIMS (AS DEFINED IN CONFIDENTIAL SETTLEMENT AGREEMENT BETWEEN PLAINTIFF AND CHELSEA FINANCING PARTNERSHIP, LP) AS TO ALL OTHER DEFENDANTS |

   IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed in its entirety with prejudice as to Chelsea Financing Partnership, LP ("Chelsea") ONLY:

   IT IS HEREBY FURTHER ORDERED that the allegations in the Plaintiff's Complaint relating to the Common Areas of the Shopping Center

ONLY, (as defined in Section 2.3 of the Confidential Settlement Agreement and Release in Full between Plaintiff and Chelsea, dated approximately December 6, 2005) are dismissed with prejudice as to all other defendants in this action.

Dated: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE