Lynn Hubbard, III (SBN 69773)
Scottlynn J. Hubbard, IV (SBN 212970)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Gary Palmer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>     Plaintiff,<br><br>v.<br><br>CHELSEA FINANCING PARTNERSHIP, LP, et al.,<br><br>     Defendants. | CASE NO. 2:05-CV-1935-MCE-GGH<br><br>**ORDER, AT REQUEST OF PLAINTIFF, DISMISSING DEFENDANT THE KITCHEN COLLECTION, INC. WITH PREJUDICE** |

IT IS HEREBY ORDERED that Plaintiff's complaint and all claims therein are dismissed in their entirety with prejudice as to defendant THE KITCHEN COLLECTION, INC. only, referred to in the complaint filed by Plaintiff as The Kitchen Collection dba Kitchen Collection Factory Outlet.

DATED: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com