```
LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
```

Attorneys for Plaintiff
Gary Palmer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY PALMER,

    Plaintiff,

    v.

CHELSEA FINANCING PARNTERSHIP, L.P. et al.,

    Defendants.
_____/

Case No. 2:05-cv-1935 MCE GGH

**Order Re: Request for Dismissal of SCCA, LLC dba Saks Off Fifth Avenue**

    IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice **as to defendant SCCA, LLC dba Saks Off Fifth Avenue only.**

Dated: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1