LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Gary Palmer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY PALMER,

    Plaintiff,

vs.

CHELSEA FINANCING PARNTERSHIP, L.P. et al.,

    Defendants.
_____/

Case No. 2:05-1935 MCE GGH

**Order Re: Request for Dismissal of Zumiez, Inc. dba Zumiez #243, Little Me Retail Stores of Camarillo, California LLC dba Little Me, and Rosedale Wilsons, Inc. dba Wilson's Leather**

IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice **as to the following defendants only**:

1. Zumiez, Inc. dba Zumiez #243;
2. Little Me Retail Stores of Camarillo, California LLC dba Little Me; and
3. Rosedale Wilsons, Inc. dba Wilson's Leather.

Dated: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1