LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff GARY PALMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHELSEA FINANCING PARNTERSHIP, L.P. et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:05-cv-1935 MCE GGH<br><br>**Order Re: Request for Dismissal of Jones Retail Corp. dba Easy Spirit, Jones Retail Corp. dba Kasper, and Nine West Group, Inc. dba Nine West Outlet Store #2516** |

IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice **as to the following defendants only**:

1.   Jones Retail Corp. dba Easy Spirit;

2.   Jones Retail Corp. dba Kasper;

3.   Nine West Group, Inc. dba Nine West Outlet Store #2516.

Dated: March 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1