**Scott G. Seidman,** California Bar No. 100216
    Direct Dial:    503.802.2021
    Direct Fax:    503.972.3721
    Email:       scott@tonkon.com

Attorneys for Defendant Nike Retail Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>    Plaintiff,<br><br>v.<br><br>CHELSEA FINANCING PARTNERSHIP, LP, et al.,<br><br>    Defendants. | Case No. 2: 05-cv-1935-MCE-GGH<br><br>**DEFENDANT'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE ITS FIRST APPEARANCE** |

      Pursuant to Fed. R. Civ. P. 6(b) and Gen L.R. 83-143 and 6-144, Defendant Nike Retail Stores, Inc. ("Defendant") moves the Court for an order that Defendant may have an extension of time in which to file its first appearance up to and including April 7, 2006.  The need for the extension arose due to a dispute over whether Defendant was properly served.

* * * *

* * * *

* * * *

* * * *

* * * *

- 1

PDF created with pdfFactory trial version www.pdffactory.com

Defendant's counsel has conferred with Plaintiff's counsel to resolve this dispute and the parties have stipulated to the requested extension.

DATED:  March 28, 2006                    .

TONKON TORP LLP

By */s/Scott G. Seidman*
   Scott G. Seidman, California Bar No. 100216
   Attorneys for Defendant
   Nike Retail Stores, Inc.

LAW OFFICES OF LYNN HUBBARD

By */s/ Lynn Hubbard*
   Lynn Hubbard, III, California Bar No. 69773
   Attorneys for Plaintiff Gary Palmer

IS SO ORDERED:

DATED: March 29, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2

PDF created with pdfFactory trial version www.pdffactory.com