LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff GARY PALMER

SCOTT SEIDMAN, SBN 100216
**TONKON TORP, LLP**
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
Telephone: (503) 221-1440
Fax: (503) 972-3721

Attorneys for Defendant NIKE RETAIL SERVICES, INC. dba NIKE RETAIL FACTORY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br>    Plaintiff,<br>vs.<br>CHELSEA FINANCING PARNTERSHIP, L.P. et al.,<br>    Defendants.<br>_____/ | Case No.2:05-cv-1935-MCE-GGH<br><br>**REQUEST FOR  DISMISSAL AND ORDER OF NIKE RETAIL SERVICES, INC. dba NIKE FACTORY OUTLET** |

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41 (a)(2), Plaintiff Gary Palmer, and Defendant Nike Retail Services, Inc. dba Nike Factory Outlet hereby request that the above-captioned action be dismissed with prejudice as to defendant Nike Retail Services, Inc. dba Nike Factory Outlet ONLY, and that each party shall bear its own attorneys' fees and costs.

- 1 -

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-captioned case against defendants other than defendant Nike Retail Services, Inc. dba Nike Factory Outlet.

Dated: May 23, 2006             LAW OFFICES OF LYNN HUBBARD

                                BY:   /s/ Lynn Hubbard, III
                                      LYNN HUBBARD, III
                                      Attorney for Plaintiff GARY PALMER

Dated: May 22, 2006             TONKON TORP, LLP

                                BY:   /s/ Scott G. Seidman
                                      SCOTT SEIDMAN, ESQ.
                                      Attorney for Defendant Nike Retail Services, Inc.

IT IS SO ORDERED.

Date:  June 6, 2006

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE