Lynn Hubbard, III SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA  95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff, GARY PALMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>          Plaintiff,<br><br>v.<br><br>CHELSEA FINANCING PARTNERSHIP, LP; CLAIRE'S BOUTIQUES INC., dba CLAIRE'S BOUTIQUES, et al,<br><br>          Defendants.<br>_____ | Case No. 05-CV-1935 MCE (GGH)<br><br>**ORDER CONTINUING HEARING DATE OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

1
## ORDER

2    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
3  the hearing date of the motions for summary judgment of defendants Eddie Bauer,
4  Inc.; Guess? Retail, Inc.; Jockey International Global, Inc.; Fossil Stores I, Inc.; The
5  Bombay Company, Inc.; Zale Delaware, Inc.; Ultra Stores, Inc.; Tommy Hilfiger
6  Retail, LLC; and Stride Rite Children's Group, Inc., currently set for September 11,
7  2006, is continued to January 29, 2007, at 9 a.m. in Courtroom 3 of the above-
8  referenced Court.

9  DATED: August 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE