LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff GARY PALMER


JASON M. JULIAN, SBN 215342
**FOLEY & LARDNER LLP**
One Maritime Plaza, Suite 1300
San Francisco, CA 94111
Telephone: (415) 434-4484
Fax: (415) 434-4507

Attorneys for Defendant L.C. FOOTWEAR, LLC
(erroneously sued as "L.C. FOOTWEAR, LLC dba LIZ CLAIBORNE")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CHELSEA FINANCING PARNTERSHIP, L.P. et al.,<br><br>    Defendants.<br>_____/ | Case No.CIV. S 05-01935 MCE GGH<br><br>**REQUEST FOR  DISMISSAL AND ORDER OF L.C. FOOTWEAR, LLC** |

TO THE COURT AND ALL PARTIES:

    Pursuant to Fed. R. Civ. P. 41 (a)(2), Plaintiff Gary Palmer, and Defendant L.C. Footwear, LLC (erroneously sued as "L.C. Footwear, LLC dba Liz Claiborne") hereby request that the above-captioned action be dismissed as to defendant L.C. Footwear, LLC, and that each party shall bear its own attorneys' fees and costs.

    Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-captioned case against defendants other than defendant **L.C. Footwear, LLC**.

Dated: July 25, 2006    LAW OFFICES OF LYNN HUBBARD

BY: /s/ Lynn Hubbard, III, Esquire
    LYNN HUBBARD, III
Attorney for Plaintiff GARY PALMER

Dated: July 25, 2006    FOLEY & LARDNER LLP

BY: /s/ Jason M. Julian, Esquire
    JASON M. JULIAN, ESQ.
Attorneys for Defendant L.C. FOOTWEAR, LLC

IT IS SO ORDERED.
Date: July 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE