UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHELSEA FINANCING PARTNERSHIP, LP, et al,<br><br>　　　　Defendants. | Case No. 2:05-cv-1935-MCE-GGH<br><br>**AGREED ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**<br><br>Date:　　　NA<br>Time:　　　NA<br>Location:　NA |

　　　Plaintiff Gary Palmer and Defendants Eddie Bauer, Inc., Guess? Retail, Inc., Jockey International Global, Inc., Fossil Stores I, Inc., The Bombay Company, Inc., Zale Delaware, Inc., Ultra Stores, Inc., Tommy Hilfiger Retail, LLC, and Stride Rite Children's Group, Inc. (collectively "Defendants") have filed an Agreed Motion to Dismiss With Prejudice.  The Court has reviewed the motion and believes it has merit and should be granted.

　　　The Court therefore GRANTS the motion and ORDERS as follows:

　　　All claims Plaintiff has asserted against Defendants in this lawsuit are dismissed with prejudice, Defendants' motions for summary judgment are denied as moot, all claims for attorney's fees and sanctions Defendants have asserted against Plaintiff are denied as moot, and each party is ordered to bear his or their own attorney's fees and costs.

**DATED:** September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

AGREED ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE – 1

PDF created with pdfFactory trial version www.pdffactory.com

AGREED AS TO FORM AND CONTENT:

LAW OFFICES OF LYNN HUBBARD

By: /s/  Mark Emmett
      Mark Emmett

Attorneys for Plaintiff Gary Palmer

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/  Chelsea D. Munday
      M. Brett Burns
      Chelsea D. Munday

Attorneys for Defendants
Eddie Bauer, Inc., Guess? Retail, Inc., Jockey International Global, Inc., Fossil Stores I, Inc., The Bombay Company, Inc., Zale Delaware, Inc., Ultra Stores, Inc., Tommy Hilfiger Retail, LLC, and Stride Rite Children's Group, Inc.

PDF created with pdfFactory trial version www.pdffactory.com