LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GARY PALMER, | No. 2:05-cv-1935-MCE-GGH |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND PROPOSED ORDER THEREON** |
| CHELSEA FINANCING PARTNERSHIP, LP,  et al., | |
| Defendants. | |

Palmer v. Chelsea Financing Partnership, LP, et al                                    Request for Dismissal
Case No. CIV.S-05-01935-MCE-GGH                                                        and Proposed Order Thereon

TO THE COURT AND ALL PARTIES:

Plaintiff, GARY PALMER, hereby requests the Court dismiss the above entitled action, with prejudice, as to Defendant D.S.A. Enterprises, Inc. dba Sports Fever ***only***, pursuant to a settlement and release agreement and Fed. R. Civ. P. 41(a)(1)(ii).

Nothing in this Request for Dismissal shall be construed to affect Plaintiff's complaint and claims in the above-referenced case against defendants other than D.S.A. Enterprises, Inc. dba Sports Fever.

Dated:  September 28, 2006     LAW OFFICES OF LYNN HUBBARD, III

 */s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01935-MCE-GGH, is hereby dismissed with prejudice **as to Defendant D.S.A. Enterprises, Inc. dba Sports Fever only.**

Dated:  September 29, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Palmer v. Chelsea Financing Partnership, LP, et al                                          Request for Dismissal
Case No. CIV.S-05-01935-MCE-GGH                                          and Proposed Order Thereon