LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GARY PALMER, | No. CIV.S-05-01935-MCE-GGH |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND PROPOSED ORDER THEREON** |
| CHELSEA FINANCING PARTNERSHIP, LP, et al., | |
| Defendants. | |

Palmer v. Chelsea Financing Partnership, LP, et al                                 Request for Dismissal
Case No. CIV.S-05-01935-MCE-GGH                                                    and Proposed Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL PARTIES:

Plaintiff, GARY PALMER, hereby requests the Court dismiss the above entitled action, with prejudice, as to Defendants DayJoye Enterprises, Inc. dba Pretzel Time; DayJoe Enterprises, Inc. dba Mrs. Fields; DayJoye Enterprises, Inc. dba TCBY; and D.G. Smith Enterprises, Inc. dba Taco Bell *only*, pursuant to a settlement and release agreement and Fed. R. Civ. P. 41(a)(1)(ii).

Nothing in this Request for Dismissal shall be construed to affect Plaintiff's complaint and claims in the above-referenced case against defendants other than DayJoye Enterprises, Inc. dba Pretzel Time; DayJoe Enterprises, Inc. dba Mrs. Fields; DayJoye Enterprises, Inc. dba TCBY; and D.G. Smith Enterprises, Inc. dba Taco Bell.

Dated: September 28, 2006     LAW OFFICES OF LYNN HUBBARD, III
 */s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01935-MCE-GGH, is hereby dismissed with prejudice **as to Defendants DayJoye Enterprises, Inc. dba Pretzel Time; DayJoe Enterprises, Inc. dba Mrs. Fields; DayJoye Enterprises, Inc. dba TCBY; and D.G. Smith Enterprises, Inc. dba Taco Bell only.**

Dated: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Palmer v. Chelsea Financing Partnership, LP, et al                    Request for Dismissal
Case No. CIV.S-05-01935-MCE-GGH                                       and Proposed Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com