1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  KELLY LYNCH, SBN
   LAW OFFICES OF KELLY LYNCH
7  12009 Foundation Place, Suite 190
   Gold River, CA 95670
8  Telephone: (916) 294-1170
   Fax: (916) 294-1189
9
   Attorney for Defendant Vitamin World, Inc.
10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14 | GARY PALMER,                          No. 2:05-cv-1935-MCE-GGH

15 |     Plaintiff,

16 | v.                                    **STIPULATION OF DISMISSAL AND ORDER THEREON**

17 | CHELSEA FINANCING PARTNERSHIP, LP, et al,

18 |     Defendants.
19 | _____/

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, GARY PALMER, and defendant, VITAMIN WORLD, INC. dba VITAMIN WORLD, INC. #4912, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: October 13, 2006                     LAW OFFICES OF LYNN HUBBARD, III

                                                              /s/ Lynn Hubbard, III, Esquire
                                                              LYNN HUBBARD, III
                                                              Attorney for Plaintiff

Dated: October 12, 2006                     LAW OFFICES OF KELLY LYNCH

                                                              /s/ Kelly Lynch, Esquire
                                                              KELLY LYNCH
                                                              Attorney for Defendant Vitamin World, Inc.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:05-cv-1935-MCE-GGH, is hereby dismissed with prejudice.

Dated: October 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE