UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY PALMER,

        Plaintiff,

  v.

CHELSEA FINANCING PARTNERSHIP, LP, CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES, et al.

        Defendants.

No. 2:05-cv-1935-MCE-GGH

ORDER

Defendant Claire's Stores, Inc. (erroneously sued herein as CLAIRE'S BOUTIQUES, INC. dba CLAIRE'S BOUTIQUES) ("Claire's") has filed a Bill of Costs in the amount of $258.93, following the Court's January 20, 2006 Order granting its Motion to Dismiss. Because Plaintiff's complaint in this matter alleges accessibility issues under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq., cost are awardable to a prevailing defendant only if the plaintiff's action was frivolous, unreasonable or without foundation. Brown v. Lucky Stores, Inc., 246 F.3d 1182, 1190 (9th Cir. 2001).

1  In seeking costs, Claire's has made no attempt to show that
2  Plaintiff's claims against it fell within those parameters.
3  Claire's request for costs is accordingly DENIED, without
4  prejudice.
5      IT IS SO ORDERED.
6  Dated: March 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE