1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PALMER, | Case No. 2:05-cv-01935-MCE-GGH |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON** |
| CHELSEA FINANCING PARTNERSHIP, LP, et al., | |
| Defendants. | |

1 | TO THE COURT AND ALL PARTIES:

2 |     Plaintiff, GARY PALMER, hereby requests that pursuant to FRCP 41 (a)(1),

3 | the Court dismiss the above entitled action, with prejudice, as to all parties.

4 |     This shall dismiss this action in its entirety.

6 | Dated: August 22, 2007      LAW OFFICES OF LYNN HUBBARD

8 |     /s/ Scottlynn J Hubbard, IV
    SCOTTLYNN J HUBBARD, IV
    Attorney for Plaintiff

## **ORDER**

    Having read the foregoing request for dismissal, and good cause appearing therefore, the Court GRANTS the request and dismisses the above-captioned action with prejudice.

    The Clerk is directed to close this file.

IT IS SO ORDERED.

Dated: August 23, 2007

    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE